**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Palma Baca Urrutia, et al. | ) | No. CV 03-1990-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Darrell Lee Ekdahl., et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is the parties' Stipulation to Continue Pretrial Hearing Set for October 31, 2005 (Doc. 117). The parties were advised in this Court's Scheduling Order (Doc. 34) that this Court does not entertain stipulations or agreements to extend deadlines, and that any such request must be brought by formal motion before the Court. If the parties believe that good cause exists for the extension of any deadline(s), they are required to brief the issue to the Court, including explanations as to why they are unable to comply with the deadline(s) imposed by this Court, and whether the proposed change(s) will affect any other deadlines in the Court's Scheduling Order. In addition, the Court notes in the Scheduling Order that no such motion will be granted unless "very good cause is shown." Despite the clear language in the Scheduling Order governing this case, the parties set forth no real explanation for the need to vacate the Pretrial Conference and extend the deadline for the Joint Pretrial Statement other than the fact that defense counsel has scheduled pre-paid trips out of state. However, since the proposed extensions appear to be

1 reasonable and do not affect any other deadline in this matter, the Court is inclined to accept
2 the parties' stipulation in this very limited circumstance.  The parties are cautioned to follow
3 the Court's guidelines in all future matters.  Accordingly,

4     IT IS ORDERED that the parties' Stipulation to Continue Pretrial Hearing Set for
5 October 31, 2005 (Doc.  ) is GRANTED.

6     IT IS FURTHER ORDERED that the Pretrial Conference currently scheduled for
7 Monday, October 31, 2005 at 3:30 p.m. is VACATED.  The Pretrial Conference is
8 rescheduled for Monday, November 21, 2005 at 3:00 p.m.

9     IT IS FURTHER ORDERED that the parties' Joint Pretrial Statement will due on or
10 before Monday, October 7, 2005.

11     DATED this 24th day of October, 2005.

Paul G. Rosenblatt
United States District Judge