```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA


Palma Baca Urrutia, et al.    )   No. CV 03-1990 PHX PGR
                              )
        Plaintiffs,           )        ORDER
                              )
  vs.                         )
                              )
Darrell Lee Ekdahl, et al.,   )
                              )
        Defendants.           )
_____)
```

   IT IS HEREBY ORDERED that the jury trial in this matter shall commence on **Monday, March 20, 2006, at 9:00 a.m.** in the United States District Court, Courtroom 601, 401 W. Washington Street, Phoenix, Arizona.  The maximum length of the trial shall be **nine (9) days**.

   IT IS FURTHER ORDERED that each party shall file a trial brief no later than **Monday, March 6, 2006.**  The trial brief shall raise all significant disputed issues of law and fact, including foreseeable procedural and evidentiary issues, and shall set forth the party's positions thereon with supporting arguments and authorities.

   IT IS FURTHER ORDERED that the parties shall file their proposed voir dire questions and proposed jury instructions,

1  together with proposed forms of verdict for each count of the
2  complaint, including special interrogatories, if applicable, no
3  later than **Monday, March 6, 2006.**[1]  Proposed jury instructions
4  shall be filed in compliance with LRCiv 51.1, **AS MODIFIED BY THE**
5  **ATTACHED EXHIBIT SETTING FORTH THE COURT'S ADDITIONAL INSTRUCTIONS**
6  **FOR SUBMITTING JURY INSTRUCTIONS.**
7      **Counsel are advised that the instructions for submitting jury**
8  **instructions must be followed.**
9      IT IS FURTHER ORDERED that the parties are to confer regarding
10 their respective list of exhibits in order to anticipate and narrow
11 possible objections at trial.  The parties are to file an Amended
12 Joint Pretrial Statement specifically addressing Sections J
13 (Witnesses) and K (List of Exhibits) on or before **Friday, December**
14 **30, 2005.**
15     IT IS FURTHER ORDERED that a final Pretrial Conference has
16 been set for **Monday, March 13, 2006, at 3:00 p.m.**
17     DATED this 22nd day of November, 2005.

_____
Paul G. Rosenblatt
United States District Judge

---

[1] The parties are advised that they will receive a packet with instructions on the marking and submission of trial exhibits from the Court's courtroom deputy, Kerry Reynolds, (602)322-7243 approximately two weeks before trial.

- 2 -

**REQUIREMENTS FOR SUBMITTING CIVIL JURY INSTRUCTIONS IN JUDGE ROSENBLATT'S COURT:**

**Counsel are warned that improper submission of jury instructions will result in the striking of same.**

**Counsel to use only 2001 Ninth Circuit Model Civil Jury Instructions, together with any amendments thereto.**

**INSTRUCTIONS FOR E-FILING JURY INSTRUCTIONS WITH THE CLERK OF THE COURT:**

Counsel to e-file the following:

- <u>**Jury Instructions with no modifications:**</u>  If a Ninth Circuit model instruction has no modifications, list only that instruction number and instruction title.

- <u>**Requested/Modified Jury Instructions**</u>:  If a Ninth Circuit model instruction has a blank, that information **must be** filled out, in **bold**, by Counsel, unless it is information that cannot be filled out until the Judge and Counsel go over jury instructions at close of trial. **– In any event, that modified instruction must now be part of Counsel's requested instructions and must be numbered as such.**\*

- – If a Ninth Circuit model instruction has been modified,**\*** counsel must type such modification in **bold**, such that the Court can easily determine which portion of the instruction is the standard, and which portion has been modified.

- – If a Ninth Circuit model instruction has been modified,**\*** counsel must submit each modified instruction on its own page.

     **\* Any model instruction which has been modified will be considered a "requested instruction" and must be numbered in a consecutive pattern.**

- 1 -     **EXHIBIT TO ORDER**

**INSTRUCTIONS FOR E-MAILING JURY INSTRUCTIONS DIRECTLY TO CHAMBERS E-MAILBOX:**

Counsel shall **e-mail** (the subject line of the e-mail shall contained the case number and case name) directly to the Chambers e-mailbox (Rosenblatt_Chambers@azd.uscourts.gov) a "**CLEAN COPY**" of **all modified/requested** jury instructions, **NO LATER THAN THE DATE INDICATED IN THE TRIAL ORDER**, in accordance with the following instructions:

**Clean Copy of Modified/Requested Jury Instructions:**

- The **CLEAN COPY** shall be:

    - In **WordPerfect versions 7 or 9, Windows 98, or 2000, or WordPerfect compatible format. No .pdf documents will be accepted**;

    - In **COURIER 12pt.** font;

    - In **NON-CAPITALIZED, DOUBLE SPACED TEXT, with FIVE-SPACE TAB INDENTATION**; and

    - Only **ONE** instruction per page.

- The **CLEAN COPY shall not** have any bolding, titles, cites, instruction numbers, pagination, letterhead markings, or similar notations signaling which party submitted them.

**Revised Arizona Jury Instructions (RAJI):**

   **IF COUNSEL ARE REQUESTING RAJI, COUNSEL MUST E-FILE TO THE CLERK OF COURT THE FOLLOWING:**

- **EACH AND EVERY** requested RAJI instruction, including its title, its number, and its text.

Counsel **must** also e-file to the Chambers e-mailbox a **clean copy** of **each and every** complete RAJI instruction in accordance with the above instructions under the section: **"INSTRUCTIONS FOR E-MAILING JURY INSTRUCTIONS DIRECTLY TO CHAMBERS E-MAILBOX."**


**ANY QUESTIONS, PLEASE CALL JUDGE ROSENBLATT'S CHAMBERS - 602-322-7510.**

- 2 -                    **EXHIBIT TO ORDER**