**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Palma Baca Urrutia, et al. | ) | No. CV 03-1990-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Darrell Lee Ekdahl., et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is Defendants George and Karolyn Vanden Bossche's Motion to Dismiss For Failure to State a Claim or, in the Alternative, Motion for Partial Summary Judgment (Doc. 124). The Plaintiffs do not oppose dismissal of the Vanden Bossches as evidenced through their response to the Defendants' motion.[1] Accordingly,

IT IS ORDERED that the Defendants' Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for Partial Summary Judgment is GRANTED. All claims against Defendants George and Karolyn Vanden Bossche are dismissed with prejudice. This Order shall be entered as a Final Judgment pursuant to Fed. R. Civ. P. 54(b) upon an express determination that there is no just reason for delay. Therefore, the Clerk of Court is directed

---

[1] Although the Defendants respectfully request that the Court award attorneys' fees due to Plaintiff's alleged lack of good faith basis in bringing this lawsuit against the Vanden Bossches, the Court declines to make such a ruling. The Defendants raised this issue for the first time in their reply brief which precluded the Plaintiff an opportunity to respond.

1  to enter Judgment in favor of Defendants George and Karolyn Vanden Bossche, and against
2  Plaintiffs, as to the claims asserted against them as individuals.
3      DATED this 25th day of January, 2006.

Paul G. Rosenblatt
United States District Judge