**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Palma Baca Urrutia, et al. | ) | No. CV 03-1990-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Darrell Lee Ekdahl., et al., | ) | |
| Defendants. | ) | |

    Based on the parties' Stipulation for Dismissal With Prejudice (Doc. 187), filed on December 11, 2006, and good cause appearing,

    IT IS ORDERED dismissing the above entitled matter with prejudice with the parties to bear their own costs and attorneys' fees.

    DATED this 11th day of December, 2006.

Paul G. Rosenblatt
United States District Judge